## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 3, 2005*

[Cite as *06/03/2005 Case Announcements,* 2005-Ohio-2729.]

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2005–0817.   **State ex rel. Ohio Patrolmen's Benevolent Assn. v. Castle.** In Mandamus.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 6, 2005*

[Cite as *06/06/2005 Case Announcements,* 2005-Ohio-2759.]

## MOTION AND PROCEDURAL RULINGS

2003–0346.   **State v. Turner.**
Franklin C.P. No. 01CR063615. This cause came on for further consideration of appellant's motion for stay of execution pending disposition of state remedies. Upon consideration thereof,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that counsel for appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before the courts of this state have been exhausted.

2004–0412.   **State v. Greer.**
Hamilton App. No. C-030021. This cause came on for further consideration of appellant's motion to strike this court's June 23, 2004 entry declining jurisdiction and dismissing this appeal. Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

2004–1979.   **Chase Manhattan Mtge. Corp. v. Frazier.**
Knox App. No. 2003-CA-31, 2004-Ohio-5523. This cause came on for further consideration of appellants' request for findings of fact and conclusions of law. Upon consideration thereof,

IT IS ORDERED by the court that the request be, and hereby is, denied.

2004–1997.   **Natl. City Bank v. Frazier.**
Knox App. No. 2003-CA-30, 2004-Ohio-5562. This cause came on for further consideration of appellants' request for findings of fact and conclusions of law. Upon consideration thereof,

IT IS ORDERED by the court that the request be, and hereby is, denied.

2005–0016.   **Niles v. Cadwallader.**
Trumbull App. No. 2003-T-0137, 2004-Ohio-6336. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On January 5, 2005, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as